# No. 22-15286

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

LT. COL. JONATHAN DUNN,

*Plaintiff-Appellant*,

v.

LLOYD J. AUSTIN, III, in his official capacity as United States Secretary of Defense; FRANK KENDALL, in his official capacity as United States Secretary of the Air Force; COL. GREGORY HAYNES, in his official capacity; MAJ. GEN. JEFFREY PENNINGTON, in his official capacity; UNITED STATES DEPARTMENT OF DEFENSE,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of California
No. 2:22-cv-00288-JAM-KJN (Hon. John A. Mendez)

## APPELLANT'S SUPPLEMENTAL BRIEF OF FEBRUARY 21, 2023

Gene C. Schaerr
Joshua J. Prince
SCHAERR│JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
*gschaerr@schaerr-jaffe.com*

Donald M. Falk
SCHAERR│JAFFE LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111
Telephone: (415) 562-4942
*dfalk@schaerr-jaffe.com*

*Attorneys for Plaintiff-Appellant Lt. Col. Jonathan Dunn*

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ................................................................. iii

ARGUMENT ............................................................................................ 1

CONCLUSION ........................................................................................ 2

CERTIFICATE OF COMPLIANCE ....................................................... 3

CERTIFICATE OF SERVICE ................................................................ 4

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Arizona Alliance for Retired Americans v. Clean Elections USA*, 2023 WL 1097766 (9th Cir. Jan. 26, 2023) ............... 1

*Ethredge v. Hail,* 996 F.2d 1173 (11th Cir. 1993) .............................. 1-2

*Forbes v. Arkansas Educ. Television Communication Network Found.*, 982 F.2d 289 (8th Cir. 1993) ................................................. 2

*Medicine v. McCulloch*, 544 Fed. Appx. 699 (9th Cir. 2013) ................. 1

*Oster v. Wagner*, 504 Fed. Appx. 555 (9th Cir. 2013) ............................ 1

Lt. Col. Dunn submits this supplemental letter brief in response to the Court's order of January 19, 2023.

## ARGUMENT

In light of his current status and assignment, Section 525 of the National Defense Authorization Act for FY 2023, and the January 10, 2023 memorandum of Secretary Austin regarding the rescission of the coronavirus disease 2019 vaccination requirements for members of the armed services, Lt. Col. Dunn is unaware of any threatened and imminent harm to him that would come within the preliminary injunction requested in this appeal. This appeal from the denial of a preliminary injunction appears to be moot.

The case as a whole remains live, however. The district court's order denying a preliminary injunction should be vacated as moot, and the case should be remanded to the district court for further proceedings to determine whether Lt. Col. Dunn is entitled to permanent relief, including damages. *See, e.g.*, *Arizona Alliance for Retired Americans v. Clean Elections USA*, 2023 WL 1097766 (9th Cir. Jan. 26, 2023); *Medicine v. McCulloch*, 544 Fed. Appx. 699, 700 (9th Cir. 2013); *Oster v. Wagner*, 504 Fed. Appx. 555, 555-56 (9th Cir. 2013); *Ethredge v. Hail,* 996 F.2d

1173, 1177 (11th Cir.1993); *Forbes v. Arkansas Educ. Television Communication Network Found.*, 982 F.2d 289, 289 (8th Cir.1992).

## CONCLUSION

The appeal should be dismissed as moot and the case remanded for further proceedings with instructions to vacate the order denying the preliminary injunction.

| | |
|---|---|
| February 21, 2023 | Respectfully submitted, |
| Gene C. Schaerr<br>Joshua J. Prince<br>SCHAERR|JAFFE LLP<br>1717 K Street NW, Suite 900<br>Washington, DC 20006<br>Telephone: (202) 787-1060<br>*gschaerr@schaerr-jaffe.com* | /s/ Donald M. Falk<br>Donald M. Falk<br>SCHAERR|JAFFE LLP<br>Four Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 562-4942<br>*dfalk@schaerr-jaffe.com* |

*Attorneys for Plaintiff-Appellant*

2

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of this Court's January 19, 2023, briefing order because it contains less than 20 pages, excluding the parts exempted by Fed. R. App. P. 32(f). It complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word in 14-point Century Schoolbook, a proportionally spaced font.

/s/ Donald M. Falk
Donald M. Falk
*Attorney for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this brief with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit today by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

February 21, 2023          SCHAERR JAFFE LLP

                                                /s/ Donald M. Falk
                                                Donald M. Falk
                                                *Attorney for Plaintiff-Appellant*